**Original filed 8/16/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OAKLAND TRIBUNE, et. al.,<br><br>　　　　　Defendants. | No. C 05-0729 JF (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Docket No. 8) |

Plaintiff, a state prisoner proceeding pro se and frequent litigant in this Court, filed a civil rights action pursuant to 42 U.S.C. § 1983, seeking injunctive and declaratory relief requesting that the Court remand his state civil action to the Alameda Superior Court and allow Plaintiff to participate in state court hearings. On April 27, 2005, the Court dismissed the instant complaint without prejudice because Plaintiff's claims were not cognizable under § 1983. The Court denied Plaintiff's motion to proceed in forma pauperis as moot. Plaintiff filed an appeal with the Ninth Circuit Court of Appeals.

On June 30, 2005, Plaintiff filed a motion to proceed in forma pauperis. The instant case is now closed. The Court of Appeals dismissed Plaintiff's appeal for failure to prosecute on January 25, 2006. Accordingly, Plaintiff's motion to proceed in forma pauperis (docket no. 8) is DENIED as moot.

IT IS SO ORDERED.

DATED: __8/16/06_____          _____
　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　United States District Judge

Order Denying Petitioner's Motion to Proceed In Forma Pauperis
P:pro-se\sj.jf\cr.05\Hardaway729denifp

1 | A copy of this ruling was mailed to the following:

2

3 | Sonny Ray Hardaway
P-45579
CSP - Corcoran - IV
4 | P.O. Box 3471
Corcoran, CA  93212

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Petitioner's Motion to Proceed In Forma Pauperis
P:pro-se\sj.jf\cr.05\Hardaway729denifp